JOHN H. PAUL, Respondent, *v.* DELAWARE, LACKAWANNA and WESTERN RAILROAD COMPANY, Appellant.

(Submitted June 8, 1903; decided June 16, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 478.)

---

In the Matter of the Appraisal of the Estate of BENJAMIN D. SILLIMAN, Deceased.

EDWARD MITCHELL et al., as Executors and Trustees, Respondents; NATHAN L. MILLER, as State Comptroller, Appellant.

*Matter of Silliman,* 79 App. Div. 98, affirmed.
(Argued June 3, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made January 30, 1903, which reversed a decree of the Kings County Surrogate's Court denying a motion to modify a decree assessing a transfer tax upon the estate of Benjamin D. Silliman, deceased.

*Louis Marshall* for appellant.

*William Mitchell* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.